*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                4:02CR00117-001  SWW

ASMAR JAMEEL STEWART

**ORDER**

The Court has determined that the hearing in this matter currently scheduled for May 18, 2012, should be continued due to a scheduling conflict on the Court's calendar.

IT IS THEREFORE ORDERED that the defendant's revocation hearing is rescheduled for **JUNE 19, 2012 AT 1:00 p.m.**

*Pursuant to General Order No. 54, counsel is authorized to bring electronic device(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 27th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE