**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:02CR00117-001 SWW

ASMAR JAMEEL STEWART

## ORDER

The above entitled cause came on for hearing June 19, 2012 and concluded August 24, 2012 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the testimony and evidence in this matter, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motions [docs #41 and #47]. Defendant shall serve a term of imprisonment of ***THIRTY-SIX (36) MONTHS*** in the custody of the Bureau of Prisons. If defendant is eligible and if appropriate for defendant, it is recommended that defendant be incarcerated in Forrest City, Arkansas.

There will be ***NO*** supervised release to follow.

Defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 29th day of August 2012.

/s/Susan Webber Wright
United States District Judge